O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1155-AHM (FMOx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | National Commercial Recovery, Inc. v. All About Pictures Acquisition, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Leandra Amber | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**       MOTION FOR DEFAULT JUDGMENT [13]

Cause called.  Appearance made by counsel for plaintiff; no appearance by defendant.

Court orders counsel to submit a proposed Judgment.

                                                                                                                         :     3

Initials of Preparer            se